IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONALD GLENN HEATHERLY, | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No. 3:15-CV-3317-P |
| | ) | |
| DALLAS COUNTY JAIL, | ) | |
| **Defendant.** | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

(1)     Plaintiff's claims against Defendants Sheriff Lupe Valdez and Dr. Porshe shall proceed

and process shall be issued as to these Defendants at the Dallas County Jail;

(2)     Plaintiff's claims against the John Doe Defendants are dismissed without prejudice;

(3)     Plaintiff's claims of excessive bail are dismissed without prejudice;

(4)     Plaintiff's remaining claims are dismissed with prejudice;

(5)     The Clerk shall transmit a true copy of this Order to Plaintiff.

(6)     The Clerk of the Court shall refer this case to the District Judge for further proceedings

and issuance of summons.

Signed this 18th day of February, 2016.

JORGE A. SOLIS
CHIEF JUDGE